LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Commissioner Of Social Security,<br><br>    Defendant. | No. EDCV 13 - 01259 E<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED FIFTY DOLLARS AND 00/100 ($2,150.00) subject to the terms of the stipulation.

DATE: 9/5/14 _____

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-